Argued and submitted July 7, 1993, affirmed May 4, 1994

STATE OF OREGON,
*Appellant,*

*v.*

GUY RICHARD MACK,
*Respondent.*

(92P-3210, 92P-3211; CA A76966 (Control), A76967)
(Cases Consolidated)

873 P2d 344

Timothy A. Sylwester, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Jeffrey M. Jones argued the cause for respondent. With him on the brief was Kaino, Jones & Partridge.

Before Richardson, Chief Judge, and Riggs and Haselton,* Judges.

PER CURIAM

Affirmed. *State v. Cookman,* 127 Or App 283, 873 P2d 335 (1994).

_____

* Haselton, J., *vice* Durham, J.